UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY L. DAVIS,<br><br>    Petitioner,<br><br>v.<br><br>BILL MUÑOZ, et al.,<br><br>    Respondents. | Case No. 5:19-cv-00329-JAK (SHK)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that the Petition be denied and that Judgment be entered dismissing this action without prejudice.

Dated: June 7, 2019

JOHN A. KRONSTADT
United States District Judge