JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY L. DAVIS,<br><br>           Petitioner,<br><br>     v.<br><br>BILL MUÑOZ, et al.,<br><br>           Respondents. | Case No. 5:19-cv-00329-JAK (SHK)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: June 7, 2019

JOHN A. KRONSTADT
United States District Judge